UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TAMIE QUINN,<br><br>               Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AND DOES 1-5,<br><br>               Defendant. | Case No. CV-23-42 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED: Wells Fargo's Motion for Summary Judgment is GRANTED.

    Dated this 21st day of December, 2023.

                                   TYLER P. GILMAN, CLERK

                                   By: /s/ M. Stewart
                                   M. Stewart, Deputy Clerk